**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

NATHANIEL TYRONE HOWARD,              :

    Petitioner,                              :

                                               CIVIL ACTION NO. 20-0496-JB-MU

                                              :

vs.                                      CRIMINAL NO. 18-0260-JB

                                              :

UNITED STATES OF AMERICA,

                                              :

    Respondent.

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 10, 2021 is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 9th day of March, 2021.

                /s/ JEFFREY U. BEAVERSTOCK
                UNITED STATES DISTRICT JUDGE